Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>    Plaintiffs,<br><br>       v.<br><br>MRB CALIFORNIA ENTERPRISES, INC., a California Corporation; MUSU BENNETT, an Individual,<br><br>    Defendant. | Case No.: C14-05115 JSW<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:   February 27, 2015<br>Time:  11:00 a.m.<br>Dept.:  Courtroom 5, 2nd Floor,<br>            Oakland, CA<br>Judge: Honorable Jeffrey S. White |

Plaintiffs respectfully request that the Case Management Conference, currently scheduled for February 27, 2015, be continued for approximately sixty (60) days, or as soon thereafter as may be convenient for the Court. Good cause exists for the requested continuance as follows:

1. As the Court's records will reflect, this action was filed by Plaintiffs on November 19, 2014 to compel Defendants' compliance with its obligations to pay monthly contributions to Plaintiffs for hours worked by its employees, pursuant to its Collective Bargaining Agreement [Dkt. 1].

2. Personal service on Defendant MRB California Enterprises, Inc. ("MRB") was completed on January 9, 2015. Personal service was completed on Defendant Musu Bennett on February 6, 2015. Proofs of Service of Summons for Defendants MRB and Musu Bennett were filed with the Court on February 2, 2015 and February 19, 2015, respectively [Dkt. 11 & 15].

-1-
**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
**Case No.: C14-05115 JSW**

P:\CLIENTS\OE3CL\MRB California Enterprises\Pleadings\Request To Continue CMC_22015.docx

3. Defendant MRB failed to file a responsive pleading to Plaintiffs' complaint by its deadline. On February 11, 2015, Plaintiffs filed a Request for Entry of Default [Dkt. 13].

4. Default was entered as to Defendant MRB on February 12, 2015 [Dkt. 14].

5. Defendant Musu Bennett has yet to file a responsive pleading to Plaintiffs' complaint. Defendant Musu Bennett's deadline to file a responsive pleading is February 27, 2015.

6. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for February 27, 2015, be continued for approximately sixty (60) days, to allow sufficient time for Defendant to respond to Plaintiffs' complaint. If Defendant fails to respond by the deadline, Plaintiffs will Request Entry of Default against Defendant Musu Bennett, and then prepare a Motion for Default Judgment as to all Defendants.

Date: February 20, 2015

SALTZMAN & JOHNSON
LAW CORPORATION

By: /S/
Adrian L. Canzoneri
Attorney for Plaintiffs

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to April 24, 2015 at 11:00 a.m. All related deadlines are extended accordingly.

Date: February 23, 2015

UNITED STATES DISTRICT JUDGE

-2-
**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
Case No.: C14-05115 JSW